JENNIFER LODA (CA Bar No. 284889)
PEGGA MOSAVI (*Pro Hac Vice*, OR Bar #224575)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Phone: (415) 826-2770
Emails: jloda@centerforfoodsafety.org
         pmosavi@centerforfoodsafety.org

*Counsel for Plaintiffs*

### THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ALIANZA NACIONAL DE CAMPESINAS, et al., | ) Case No. 4:22-cv-09030-JST |
| | ) |
| | ) |
| *Plaintiffs,* | ) **[PROPOSED] ORDER** |
| | ) **GRANTING PLAINTIFFS'** |
| v. | ) **AND PROPOSED** |
| | ) **INTERVENOR-DEFENDANT'S** |
| UNITED STATES | ) **STIPULATED REQUEST TO** |
| ENVIRONMENTAL PROTECTION | ) **ENLARGE TIME** |
| AGENCY, et al., | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| CROPLIFE AMERICA, | ) |
| | ) |
| *Proposed Intervenor-Defendant.* | ) |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Having considered Plaintiffs' and Proposed Intervenor-Defendant's Stipulated Request to Enlarge Time and supporting papers, the Court hereby ORDERS that the Stipulated Request is GRANTED. Plaintiffs' Response to the Motion to Intervene is due May 5, 2023. Proposed Intervenor-Defendant's Reply is due May 19, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____April 14_____, 2023                    _____

The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' AND PROPOSED INTERVENOR-DEFENDANT'S
STIPULATED REQUEST TO ENLARGE TIME
CASE NO. 4:22-cv-09030-JST

1