TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LUCY E. BROWN (HI BAR #10946)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-1868
lucy.e.brown@usdoj.gov

*Attorneys for Defendants*

(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIANZA NACIONAL de CAMPESINAS, *et al.*,<br><br>              *Plaintiffs*,<br><br>       v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>              *Defendants*.<br><br>CROPLIFE AMERICA,<br><br>              *Proposed Intervenor-Defendant* | Civ. No. 4:22-cv-09030-JST<br><br>**STIPULATION TO ENLARGE TIME FOR DEFENDANTS' RESPONSIVE PLEADING** |

Plaintiffs Alianza de Campesinas, Pesticide Action Network North America, Rural Coalition, Center for Environmental Health, Organización en California de Líderes Campesinas, and Center for Food Safety ("Plaintiffs") and Defendants United States Environmental Protection Agency and Michael S. Regan, Administrator of the EPA ("EPA") (collectively, the "Parties") stipulate as follows:

1. The Parties have met and conferred and are exploring potential settlement in this case.

2. The Parties agree that a 32-day extension of EPA's responsive pleading deadline will be beneficial to the Parties and conserve the Court's and the Parties' resources while the Parties continue to negotiate a potential resolution of this matter.

3. This is the third modification of deadlines in this case. The prior modifications extended the responsive pleading from March 10 to June 8, 2023 (90 days) and the case management conference from April 4 to July 18, 2023 (105 days). Dkt. Nos. 16, 17.

4. EPA's response deadline is currently June 8, 2023. A 32-day extension will postpone EPA's response deadline to July 10, 2023.

5. The Parties hereby stipulate and extend EPA's responsive pleading deadline to July 10, 2023, pursuant to Local Civil Rule 6-1(a).

6. Pursuant to Local Civil Rule 5-1(h)(3), the undersigned counsel for EPA attests that the other signatories listed below concur in the filing of this document.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

| | |
|---|---|
| Dated: May 17, 2023 | Respectfully submitted, |
| | /s/ Pegga Mosavi |
| | JENNIFER L. LODA (CA BAR #284889) |
| | PEGGA MOSAVI (*pro hac vice*, OR Bar #224575) |
| | Center for Food Safety |
| | 303 Sacramento St. 2nd Floor |
| | San Francisco, CA 94111 |
| | (415) 826-2270 |
| | jloda@centerforfoodsafety.org |
| | pmosavi@centerforfoodsafety.org |
| | |
| | *Attorneys for Plaintiffs* |
| | |
| | TODD KIM |
| | Assistant Attorney General |
| | United States Department of Justice |
| | Environment & Natural Resources Division |
| | |
| | /s/ Lucy E. Brown |
| | LUCY E. BROWN |
| | Attorney |
| | Environmental Defense Section |
| | |
| | *Attorneys for Defendants* |