# EXHIBIT A

Query   Reports   Utilities   Help   Log Out

CLOSED

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:99-cv-03701-WHA

Natural Resources, et al v. Browner, et al  
Assigned to: Hon. William Alsup  
Demand: $0  
Cause: 33:1365 Environmental Matters

Date Filed: 08/03/1999  
Date Terminated: 12/12/2001  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Natural Resources Defense Council**     represented by     **Aaron Colangelo**  
Natural Resources Defense Council  
1152 15th Street NW  
Suite 300  
Washington, DC 20005  
202-289-2376  
Fax: 202-289-1060  
Email: acolangelo@nrdc.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Adriana Quintero**  
Natural Resources Defense Council  
71 Stevenson Ste 1825  
San Francisco, CA 94105  
(415) 777-0220  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Erik Olson**  
Natural Resources Defense Council  
1200 New York Avenue, NW  
Suite 400  
Washington, DC 20005  
202-289-6868  
Fax: 202-289-1060  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Fred H. Altshuler**  
Altshuler Berzon Nussbaum Rubin & Demain  
177 Post Street, Suite 300  
San Francisco, CA 94108  
(415) 421-7151  
Fax: (415) 362-8064

                   Email: faltshuler@altshulerberzon.com
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Jacqueline C. Hamilton**
                   Natural Resources Defense Council
                   1200 New York Avenue, N.W.
                   Suite 400
                   Washington, DC 20005
                   (202) 289-6868
                   *TERMINATED: 09/08/2000*
                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **The Breast Cancer Fund** | represented by | **Adriana Quintero** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Erik Olson** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **CALPIRG Charitable Trust** | represented by | **Adriana Quintero** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Erik Olson** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Pesticide Watch Education Fund** | represented by | **Adriana Quintero** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Erik Olson** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Pesticide Action Network** | represented by | **Adriana Quintero** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Erik Olson** |

(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**San Francisco Bay Area Physicians For Social Responsibility**             represented by **Adriana Quintero**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Erik Olson**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**United Farm Workers of America**  
*AFL-CIO*                                                                 represented by **Adriana Quintero**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Erik Olson**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Fred H. Altshuler**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jacqueline C. Hamilton**  
(See above for address)  
*TERMINATED: 09/08/2000*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Carol M. Browner**  
*United States Environmental Protection Agency*                              represented by **Alice L. Mattice**  
Environmental Defense Section  
U.S. Department of Justice  
P.O. Box 23986  
Washington, DC 20026-3986  
*TERMINATED: 11/18/1999*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Brian H. Lynk**  
Environmental Defense Section  
U.S. Department of Justice  
P.O. Box 23986  
Washington, DC 20026-3986

202-514-6187
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Gene Tse**
U.S. Attorneys Office
450 Golden Gate Ave, 10th Flr
San Francisco, CA 94102
415-436-6855
Fax: 415-436-6927
Email: alex.tse@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Environmental Protection Agency**
*TERMINATED: 11/07/2001*

represented by **Alice L. Mattice**
(See above for address)
*TERMINATED: 11/18/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian H. Lynk**
(See above for address)
*TERMINATED: 11/07/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Gene Tse**
(See above for address)
*TERMINATED: 11/07/2001*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christine Todd Whitman**
*Administrtor of the United States Environmental Protection Agency, et al.*
*TERMINATED: 11/07/2001*

**Defendant**

**Tommy G. Secretary of Health and Human Services**

**Defendant**

**Department of Health and Human Services**

**Defendant**

**Ph.D. Kenneth Olden**
*Director, National Institute of Environmental Health Sciences*

**Defendant**

**National Institutes of Environmental Health Sciences**

| | | |
|---|---|---|
| **Intervenor** | | |
| **American Chemistry Council** | represented by | **Daniel Joseph O'Hanlon**<br>Kronick Moskovitz Tiedemann & Girard<br>1331 Garden Highway, 2nd Floor<br>Sacramento, CA 95833<br>916-321-4500<br>Fax: 916-321-4555<br>Email: dohanlon@kmtg.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**J. Port Telles**<br>Kronick Moskovitz Tiedemann & Girard<br>400 Capitol Mall 27th Fl<br>Sacramento, CA 95814-4417<br>(916) 321-4500<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Terry F. Quill**<br>Duane Morris & Heckscher LLP<br>1667 K Street, N.W., Suite 700<br>Washington, DC 20006-1608<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Intervenor** | | |
| **Mary Pichelmann** | represented by | **Bruce Andrew Wagman**<br>Riley Safer Holmes & Cancila LLP<br>456 Montgomery Street<br>16th Floor<br>San Francisco, CA 94104<br>(415) 275-8550<br>Fax: (415) 275-8551<br>Email: BWagman@rshc-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nancy Brown-Kobil**<br>Animal Legal Defense Fund<br>6930 Carroll Ave<br>Suite 800<br>Takoma, MD 20912<br>301-891-6790<br>*ATTORNEY TO BE NOTICED*<br><br>**Valerie Stanley**<br>Animal Legal Defense Fund<br>6930 Carroll Ave<br>Suite 800<br>Takoma, MD 20912<br>301-891-6790<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

**Polly Strand**      represented by    **Bruce Andrew Wagman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Brown-Kobil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Valerie Stanley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**CropLife America**      represented by    **Claudia M. O'Brien**
Latham Watkins LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004-1304
(202) 637-2200
Email: claudia.obrien@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**The American Farm Bureau Federation**      represented by    **Peter Kurt Rosen**
Latham & Watkins
633 West Fifth Street
Suite 4000
Los Angeles, CA 90071-2007
213-485-1234
Fax: 213-891-8763
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J. Morris**
Mayer Brown & Platt
1909 K Street, N.W.
Washington, DC 20006-1101
(202) 263-3000
*ATTORNEY TO BE NOTICED*

**Daniel Joseph O'Hanlon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Sullivan**
Mayer Brown & Platt
1909 K Street, N.W.
Washington, DC 20006-1101
(202) 263-3000
*ATTORNEY TO BE NOTICED*

Peter C. Choharis
Mayer Brown & Platt
1909 K Street, N.W.
Washington, DC 20006-1101
(202) 263-3000
*ATTORNEY TO BE NOTICED*

**Richard Walter Raushenbush**
Latham & Watkins
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415) 391-0600
Fax: (415) 395-8095
Email: Richard.Raushenbush@lw.com
*ATTORNEY TO BE NOTICED*

<u>Intervenor</u>

**American Crop Protection Association**   represented by   **Kenneth W. Weinstein**
Latham & Watkins
555 Eleventh St NW
Ste 1000
Washington, DC 20004-1304
202-637-2200
Email: ken.weinstein@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Kurt Rosen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cassandra Sturkie**
Latham & Watkins
555 Eleventh St NW
Ste 1000
Washington, DC 20004-1304
202-637-2200
*ATTORNEY TO BE NOTICED*

**Daniel Joseph O'Hanlon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey R. Holmstead**
Latham & Watkins
555 Eleventh St NW
Ste 1000
Washington, DC 20004-1304
202-637-2200
*TERMINATED: 07/23/2001*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Nicholas B. Gertler**<br>Latham & Watkins<br>555 Eleventh St NW<br>Ste 1000<br>Washington, DC 20004-1304<br>202-637-2200<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard P. Bress**<br>Latham and Watkins LLP<br>555 Eleventh Street, N.W.<br>Suite 1000<br>Washington, DC 20004-1304<br>202-637-2200<br>Fax:<br>Email: rick.bress@lw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard Walter Raushenbush**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Intervenor**<br>**Chemical Manufacturers Association**<br>*TERMINATED: 07/31/2000* | represented by | **Peter Kurt Rosen**<br>(See above for address)<br>*TERMINATED: 07/31/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel Joseph O'Hanlon**<br>(See above for address)<br>*TERMINATED: 07/31/2000*<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard Walter Raushenbush**<br>(See above for address)<br>*TERMINATED: 07/31/2000*<br>*ATTORNEY TO BE NOTICED* |
| **Intervenor**<br>**People for the Ethical Treatment of Animals** | represented by | **Bruce Andrew Wagman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jill N. Willis**<br>Latham & Watkins<br>555 Eleventh St NW<br>Ste 1000<br>Washington, DC 20004-1304<br>202-637-2200<br>*TERMINATED: 07/23/2001*<br>*ATTORNEY TO BE NOTICED* |

|  | Valerie Stanley<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|
| **Intervenor** | |
| **The Physicians' Committee for Responsible Medicine** | represented by **Bruce Andrew Wagman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Valerie Stanley<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Intervenor** | |
| **The Doris Day Animal League** | represented by **Bruce Andrew Wagman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Valerie Stanley<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/1999 | 1 | COMPLAINT Summons(es) issued; Fee status pd entered on 8/3/99 in the amount of $ 150.00 ( Receipt No. 3303217) [3:99-cv-03701] (cgd, COURT STAFF) (Entered: 08/05/1999) |
| 08/03/1999 | 2 | ORDER RE COURT PROCEDURE and SCHEDULE (ADR Multi-Option) by Mag. Judge Phyllis J. Hamilton : Proof of service to be filed by 9/17/99 ; counsels' case management statement to be filed by 11/29/99 ; initial case management conference will be held 1:30 12/7/99 . (cc: all counsel) [3:99-cv-03701] (cgd, COURT STAFF) (Entered: 08/05/1999) |
| 09/15/1999 | 3 | PROOF OF SERVICE of summons to U.S. Attorney's Office. [3:99-cv-03701] (cgd, COURT STAFF) (Entered: 09/16/1999) |
| 09/15/1999 | 4 | NOTICE by Plaintiffs of pendency of other action or proceeding. [3:99-cv-03701] (cgd, COURT STAFF) (Entered: 09/16/1999) |
| 09/15/1999 | 5 | AMENDMENT by Plaintiff to notice [4-1] [3:99-cv-03701] (cgd, COURT STAFF) (Entered: 09/16/1999) |
| 09/20/1999 | 6 | RETURN OF SERVICE executed upon defendant Carol M. Browner, defendant EPA on 8/13/99 via courier, Janet Reno, Atty General on 8/12/99 via courier. [3:99-cv-03701] (cgd, COURT STAFF) (Entered: 10/25/1999) |
| 10/21/1999 | 8 | CLERK'S NOTICE of impending reassignment to a United States District Judge [3:99-cv-03701] (cgd, COURT STAFF) (Entered: 10/26/1999) |
| 10/22/1999 | 7 | DECLINATION to proceed before magistrate by Plaintiff United Farm Workers [3:99-cv-03701] (cgd, COURT STAFF) (Entered: 10/26/1999) |

| | | |
|---|---|---|
| 10/22/1999 | 9 | ORDER by Assignment Committee Case reassigned to Judge Charles A. Legge ( Date Entered: 10.26.99) (cc: all counsel) [3:99-cv-03701] (cgd, COURT STAFF) (Entered: 10/26/1999) |
| 11/01/1999 | 10 | NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND AUTHORITIES before Judge Charles A. Legge by Applicants/Intervenors American Farm Bureau Federation, et al. for leave to intervene with Notice set for 9:30 a.m. on 12/10/99 [3:99-cv-03701] (tn, COURT STAFF) (Entered: 11/01/1999) |
| 11/01/1999 | 11 | DECLARATION of Andrew J. Morris on behalf of Applicants/ Intervenors American Farm Bureau, et al.'s motion for leave to intervene [10-1] [3:99-cv-03701] (tn, COURT STAFF) (Entered: 11/01/1999) |
| 11/01/1999 | | RECEIVED [Proposed] Order Applicants/Intervenors American Farm Bureau, et al.'s motion for leave to intervene [10-1] [3:99-cv-03701] (tn, COURT STAFF) (Entered: 11/01/1999) |
| 11/02/1999 | 12 | CLERK'S NOTICE case management statement is due 12/3/99; case management conference re-set for 9:30 a.m. on 12/10/99 [3:99-cv-03701] (tn, COURT STAFF) (Entered: 11/04/1999) |
| 11/03/1999 | 13 | STIPULATION and ORDER by Judge Charles A. Legge extending defendant's time to answer or otherwise respond to plaintiff's complaint to 11/15/99 (cc: all counsel) [3:99-cv-03701] (tn, COURT STAFF) (Entered: 11/04/1999) |
| 11/15/1999 | 14 | UNOPPOSED MOTION before Judge Charles A. Legge by defendants for extension of time to answer or otherwise respond [3:99-cv-03701] (tn, COURT STAFF) Modified on 11/15/1999 (Entered: 11/15/1999) |
| 11/15/1999 | | RECEIVED [Proposed] Order granting defendants' unopposed motion for extension of time to answer or otherwise respond [14-1] [3:99-cv-03701] (tn, COURT STAFF) (Entered: 11/15/1999) |
| 11/15/1999 | | RECEIVED Notice of Substitution of Counsel (defendants) [3:99-cv-03701] (tn, COURT STAFF) (Entered: 11/15/1999) |
| 11/15/1999 | | RECEIVED Notice of Substitution of Counsel submitted by defendants [3:99-cv-03701] (tn, COURT STAFF) (Entered: 11/17/1999) |
| 11/16/1999 | 15 | ORDER by Judge Charles A. Legge GRANTING defendants' motion for extension of time to answer or otherwise respond [14-1] until 1/7/2000; Case Management Statement is due 1/21/00, and Case Management Conference re-set for 11:00 a.m. on 1/28/2000 (cc: all counsel) [3:99-cv-03701] (tn, COURT STAFF) (Entered: 11/29/1999) |
| 11/18/1999 | 16 | ORDER by Judge Charles A. Legge withdrawing attorney Alice L. Mattice for Federal defendants EPA and Carol M. Browner and substituting attorney Brian H. Lynk (cc: all counsel) [3:99-cv-03701] (tn, COURT STAFF) (Entered: 11/29/1999) |
| 11/30/1999 | 17 | PROOF OF SERVICE by Federal defendants of order [15-2] [3:99-cv-03701] (tn, COURT STAFF) (Entered: 12/01/1999) |
| 12/08/1999 | 18 | ORDER by Judge Charles A. Legge granting Intervenors American Farm Bureau Federation, et al.'s motion for leave to intervene [10-1] (cc: all counsel) [3:99-cv-03701] (tn, COURT STAFF) (Entered: 12/14/1999) |
| 12/09/1999 | 19 | LETTER from Daniel J. O'Hanlon, dated 12/9/99, to Court Clerk regarding filing of motion for leave to intervene [3:99-cv-03701] (tn, COURT STAFF) (Entered: 12/14/1999) |