# EXHIBIT B

**MCDERMOTT WILL & EMERY LLP**
Michael B. Kimberly (*pro hac vice* motion to be filed)
Matthew A. Waring (*pro hac vice* motion to be filed)
mkimberly@mwe.com
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

**MCDERMOTT WILL & EMERY LLP**
William Donovan, Jr. (SBN 155881)
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
(310) 277-4110

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNCIL ON ENVIRONMENTAL QUALITY and MARY NEUMAYR, in her official capacity as chair of the Council on Environmental Quality, <br><br> Defendants. | Case No. 3:20-cv-05199-RS <br><br> **ORDER GRANTING MOTION TO INTERVENE** |

**ORDER GRANTING MOTION TO INTERVENE**

This matter is before the Court on the unopposed Motion to Intervene of the American Farm Bureau Federation, American Forest Resource Council, American Fuel & Petrochemical Manufacturers, American Petroleum Institute, American Road & Transportation Builders Association, Chamber of Commerce of the United States of America, Federal Forest Resource Council, Interstate Natural Gas Association of America, Laborers' International Union of North America, and National Cattlemen's Beef Association (the Intervenors). In light of Plaintiffs' conditional non-opposition to the motion, and it appearing that the requirements for intervention are satisfied, the Court enters the following Order pursuant to Federal Rule of Civil Procedure 24:

**IT IS ORDERED** that the Motion to Intervene is **GRANTED**, and the Intervenors shall be permitted to intervene in this action as defendants. **IT IS FURTHER ORDERED THAT:**

1. Intervenors' principal briefs shall be limited to two-thirds the length of Plaintiffs' corresponding principal brief. Their replies, if any, shall be limited to two-thirds the length of the Defendants' corresponding reply.

2. The Intervenors shall file their briefs no more than seven calendar days after Defendants file their corresponding brief.

3. The Intervenors shall endeavor in good faith to avoid duplicative briefing of matters already covered in Defendants' briefs.

4. If Plaintiffs elect to respond to a brief filed by Intervenors, Plaintiffs may submit a consolidated brief with a page limit equal to the sum of the same page limits for separate responses to Intervenors' and Defendants' briefs.

5. The Intervenors shall not initiate discovery, but if discovery is initiated by Plaintiffs or Defendants, the Intervenors may participate in such discovery, subject to any limits agreed upon by the parties or ordered by the Court.

DATED: November 5, 2020     By: _____
                               Richard Seeborg
                               United States District Judge