TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LUCY E. BROWN (HI BAR #10946)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-1868
lucy.e.brown@usdoj.gov

*Attorneys for Defendants*

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALIANZA NACIONAL de CAMPESINAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> *Defendants*. <br><br> CROPLIFE AMERICA, <br><br> *Proposed Intervenor-Defendant* | Civ. No. 4:22-cv-09030-JST <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiffs Alianza de Campesinas, Pesticide Action Network North America, Rural Coalition, Center for Environmental Health, Organización en California de Líderes Campesinas, and Center for Food Safety ("Plaintiffs") and Defendants United States Environmental Protection Agency and Michael S. Regan, Administrator of the EPA ("EPA") (collectively, the "Parties") stipulate as follows:

1. The Parties have met and conferred and continue to explore potential settlement in this case.

2. The Parties agree that a 92-day extension of litigation proceedings would be beneficial to the Parties and conserve the Court's and the Parties' resources while the Parties continue to negotiate a potential resolution of this matter.

3. This is the sixth modification of deadlines in this case.  The Court previously granted the Parties' stipulations extending the Case Management Conference date from April 4 to July 18, 2023 (Dkt. No. 18) and from July 18 to August 22, 2023 (Dkt. No. 34).  Pursuant to Local Civil Rule 6-19(a), the Parties also previously stipulated and extended EPA's responsive pleading from March 10 to June 8, 2023 (Dkt. No. 16), then June 8 to July 10, 2023 (Dkt. No. 33), and lastly from July 10 to October 10, 2023 (Dkt. No. 38).

5. The Case Management Conference is currently scheduled for August 22, 2023, with Case Management Statements due by August 15, 2023.  Dkt. No. 34.  Pursuant to Local Civil Rule 6-2, the Parties request that the Court continue the Conference to the Court's earliest convenience on or after November 21, 2023.  The Parties request that the Court extend the deadline for the Case Management Statements to seven days before the rescheduled Case Management Conference.

8. The Parties respectfully request that this Court enter this stipulation and extend all litigation deadlines as outlined above.

9. Pursuant to Local Civil Rule 5-1(h)(3), the undersigned counsel for EPA attest that the other signatories listed below concur in the filing of this document.

//
//
//
//
//
//
//

| | |
|---|---|
| Dated: July 5, 2023 | Respectfully submitted,<br>/s/ Jenny Loda<br>JENNIFER L. LODA (CA BAR # 284889)<br>PEGGA MOSAVI (*pro hac vice*, OR BAR #224575)<br>Center for Food Safety<br>303 Sacramento St. 2nd Floor<br>San Francisco, CA 94111<br>(415) 826-2270<br>jloda@centerforfoodsafety.org<br>pmosavi@centerforfoodsafety.org<br><br>*Attorneys for Plaintiffs*<br><br>TODD KIM<br>Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br><br>/s/ Lucy Brown<br>LUCY E. BROWN<br>Attorney<br>Environmental Defense Section<br><br>*Attorneys for Defendants* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  July 6, 2023

_____
JON S. TIGAR
United States District Judge