UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIANZA NACIONAL DE CAMPESINAS,, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 22-cv-09030-JST<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Thomas S. Hixson for settlement.

The parties will be advised of the date, time and place of the next appearance by notice from Judge Hixson.

**IT IS SO ORDERED.**

Dated: December 14, 2023

_____
JON S. TIGAR
United States District Judge