TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LUCY E. BROWN (HI BAR #10946)
RACHEL D. MARTINEZ (FL BAR #1049812)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-1868 (Brown)
Tel: (202) 616-5589 (Martinez)
Fax: (202) 514-8865
lucy.e.brown@usdoj.gov
rachel.martinez@usdoj.gov

*Attorneys for Defendants*

(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALIANZA NACIONAL de CAMPESINAS, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

    *Defendants*,

and

CROPLIFE AMERICA,

    *Intervenor-Defendant*.

Civ. No. 4:22-cv-09030-JST

**JOINT MOTION TO ENTER CONSENT DECREE AND [PROPOSED] ORDER**

Pursuant to Local Rule 7-1, Plaintiffs Alianza Nacional de Campesinas, Pesticide Action Network North America, Rural Coalition, Center for Environmental Health, Organización en California de Líderes Campesinas, and Center for Food Safety ("Plaintiffs"), Defendants the United States Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), and Intervenor-Defendant CropLife America (collectively, "the Parties") hereby jointly move the Court to enter the attached proposed Consent Decree ("Decree") (attached as Exhibit 1). In support, the Parties state as follows:

1. Plaintiffs' Complaint alleges that EPA failed to undertake certain mandatory duties under section 408(p) of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 346a(p), and that such alleged failure is actionable under the Administrative Procedure Act ("APA"), 5 U.S.C. § 702. *See generally* Dkt. No. 1. The Complaint requests an order from this Court establishing a date certain by which EPA must fulfill its mandatory duties. *Id.* at 53.

2. The proposed Decree resolves Plaintiffs' claims concerning EPA's alleged mandatory duties to (a) implement an estrogenic substances screening program; (b) "provide for the testing of all pesticide chemicals" in carrying out the program; and (c) if a substance is found "to have an endocrine effect on humans, . . . as appropriate, take action under such statutory authority as is available to [EPA], . . . as is necessary to ensure the protection of public health." 21 U.S.C. § 346a(p)(2), (3)(a), (6). *See* Ex. 1 at 4, 6-7.

3. Plaintiffs and EPA stipulate that this Court has jurisdiction to enter the proposed Decree, Ex. 1 at 3, and request that this court retain jurisdiction to enforce the terms of the Decree, *id.* at 8.

4. Plaintiffs and EPA are concurrently entering an out-of-court partial settlement agreement resolving Plaintiffs' claims in this case as to EPA's discretionary duties.

5. Together, the proposed Decree and the partial settlement agreement would resolve all claims in the Complaint and issues remaining in this matter except for Plaintiffs' claim for costs of litigation, including attorneys' fees.

6. On October 11, 2024, EPA noticed the proposed Decree and partial settlement

agreement for public comment in the Federal Register.  89 Fed. Reg. 82607 (Oct. 11, 2024). The notice and comment process is now complete.  EPA received no comments disclosing facts or considerations that indicate that the Department of Justice or EPA should withhold consent to the Decree. *See Alianza Nacional de Campesinas, et al. v. U.S. Environmental Protection Agency, et al., No. 4:22- cv-9030 (ND Cal)*, https://www.regulations.gov/docket/EPA-HQ-OGC-2024-0391/comments.

7.  Through this proposed Decree, EPA and Plaintiffs indicate their agreement that the Decree is fair, reasonable, and in the public interest.  Intervenor-Defendant CropLife America does not oppose entry of the proposed Decree.  Therefore, the Parties jointly request that the Court enter the proposed Decree, attached as Exhibit 1.

8.  Pursuant to Local Civil Rule 5-1(i)(3), the undersigned counsel for EPA attest that the other signatories listed below concur in the filing of this document.

WHEREFORE, the Parties respectfully move the Court, based on this motion to enter and the attachment thereto, to enter the proposed Decree, attached as Exhibit 1.

Dated: December 12, 2024                              Respectfully submitted,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ Lucy E. Brown
LUCY E. BROWN (HI BAR # 10946)
RACHEL D. MARTINEZ (FL BAR # 1049812)
Attorneys
Environmental Defense Section

*Attorneys for Defendants*

CASE NO. 4:22-cv-09030-JST
PAGE 3

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   |                                                                 |
| 3   | /s/ Sylvia Shih-Yau Wu (email auth. 12/11/24)                   |
| 4   | SYLVIA SHIH-YAU WU (CA BAR # 273549)                            |
| 5   | Center for Food Safety                                          |
| 6   | 600 California Street, Suite 12-013                             |
| 7   | San Francisco, CA 94108                                         |
|     | (415) 826-2270                                                  |
| 8   | swu@centerforfoodsafety.org                                     |
|     | pmosavi@centerforfoodsafety.org                                 |
| 9   |                                                                 |
| 10  | *Attorneys for Plaintiffs*                                      |
| 11  |                                                                 |
| 12  | /s/ David Y. Chung (email auth. 12/10/24)                       |
| 13  | KIRSTEN NATHANSON (admitted pro hac vice)                       |
| 14  | DAVID Y. CHUNG (admitted pro hac vice)                          |
| 15  | ERYN HOWINGTON (admitted pro hac vice)                          |
| 16  |                                                                 |
| 17  | CROWELL & MORING LLP                                            |
|     | 1001 Pennsylvania Avenue, NW                                    |
| 18  | Washington, DC 20004                                            |
|     | Telephone: 202.624.2500                                         |
| 19  | knathanson@crowell.com                                          |
| 20  | dchung@crowell.com                                              |
|     | ehowington@crowell.com                                          |
| 21  |                                                                 |
| 22  | THOMAS F. KOEGEL (SBN 125852)                                   |
|     | REBECCA M. SUAREZ (SBN 284853)                                  |
| 23  | CROWELL & MORING LLP                                            |
|     | 3 Embarcadero Center                                            |
| 24  | 26th Floor                                                      |
| 25  | San Francisco, CA 94111                                         |
|     | (415) 986-2800                                                  |
| 26  | tkoegel@crowell.com                                             |
|     | rsuarez@crowell.com                                             |
| 27  |                                                                 |
| 28  | *Attorneys for Intervenor-Defendant*                            |

## [PROPOSED] ORDER

Before this Court is the parties' Joint Motion to Enter the Consent Decree.  The Court finds the proposed consent decree to be fair, reasonable, and in the public interest.  Therefore, the Joint Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 3, 2025

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE