ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LUCY E. BROWN (HI BAR #10946)
RACHEL D. MARTINEZ (FL BAR #1049812)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-1868 (Brown)
Tel: (202) 616-5589 (Martinez)
Fax: (202) 514-8865
lucy.e.brown@usdoj.gov
rachel.martinez@usdoj.gov

*Attorneys for Defendants*

(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ALIANZA NACIONAL DE CAMPESINAS, et al., | Case No. 4:22-cv-09030-JST |
| *Plaintiffs,* | |
| *v.* | **JOINT STATUS REPORT AND STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND STAY OF BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| *Defendants,* | |
| CROPLIFE AMERICA, | |
| *Intervenor-Defendant.* | |

Case No. 4:22-cv-09030-JST
Stipulation and [Proposed] Order

Pursuant to Civil L.R. 6-2 and the Court's February 10, 2025 order requiring the Parties to apprise the Court of the status of Plaintiffs' motion, Plaintiffs Alianza Nacional de Campesinas, Pesticide Action Network North America, Rural Coalition, Center for Environmental Health, Organización en California de Líderes Campesinas, and Center for Food Safety ("Plaintiffs") and Defendant United States Environmental Protection Agency ("EPA") (collectively, "the Parties") respectfully request and stipulate to extend the stay of briefing on Plaintiffs' motion for an award of attorneys' fees and costs until June 20, 2025.

The Parties agree that proceeding with briefing on Plaintiffs' motion for attorneys' fees at this time would interfere with the Parties' ability to continue discussing settlement of attorneys' fees. Accordingly, the Parties jointly request that any further proceedings on Plaintiffs' concurrently filed motion for attorneys' fees, including the filing of any amended memoranda and other materials supporting that motion, as well as EPA's response to that motion, should be deferred sixty additional days, until June 20, 2025. *See* Dkt. 90 (staying briefing on Plaintiffs' motion for attorneys' fees and costs until April 21, 2025). The Parties request that they be permitted to file a joint status report on or before June 20, 2025, detailing the prospects for agreement or proposing a schedule for further proceedings.[1] Intervenor-Defendant Croplife America takes no position on this stipulated motion.

For the foregoing reasons, the Parties stipulate as follows and respectfully request that the Court enter the stipulation as an order of the Court:

1.   On December 12, 2024, the Parties entered a partial out-of-court settlement and jointly moved to enter a Partial Consent Decree. Dkt. 82. The Court

---

[1] Plaintiffs have not requested a hearing pursuant to Civil L.R. 7-2(a). In the event that the parties are unable to reach a settlement, Plaintiffs will note a hearing date for the motion when they file an amended motion for attorneys' fees and/or additional supporting materials.

granted the motion on January 3, 2025, Dkt. 84, and signed and entered the Partial Consent Decree on January 21, 2025, Dkt. 86. Together, the Partial Consent Decree and Partial Settlement Agreement resolve all claims in this case except for attorneys' fees and costs.

2.      Local Rule 54-5(a) provides that a motion for attorneys' fees must be served and filed within 14 days of the Court's entry of judgment unless otherwise ordered by the Court. The Partial Consent Decree extended the deadline for filing a motion for attorneys' fees until 90 days after the Court entered the Consent Decree, i.e., by April 21, 2025. Dkt. 87 at 7.

3.      Plaintiffs are seeking an award of fees and costs pursuant to the Equal Access for Justice Act ("EAJA"), which permits the prevailing party to submit to the Court an application for fees within 30 days of entry of final judgment. 28 U.S.C. § 2412(d)(1)(B). Plaintiffs filed an abbreviated motion for attorneys' fees and expenses on February 3, 2025. Dkt. No. 88.

4.      The Parties seek to enter this stipulation to continue to preserve Plaintiffs' right to file an EAJA application while also providing the Parties time to potentially resolve fees and costs by settlement.

5.      The Parties agree that proceeding with briefing and a hearing on Plaintiffs' motion for attorneys' fees at this time would interfere with the Parties' ability to continue exploring opportunities to settle rather than litigate Plaintiffs' motion for fees and expenses. Both Parties have exchanged settlement offers and are continuing to engage in meaningful discussions.

6.      The Parties accordingly stipulate and agree that further proceedings on Plaintiffs' motion for attorneys' fees, including the filing of memoranda and other materials supporting that motion, and EPA's response, should be deferred sixty additional days, until June 20, 2025. This extension would conserve the Court's and the Parties' resources by preventing potentially unnecessary briefing and argument.

7.    By June 20, 2025, the Parties will either jointly propose a briefing schedule to address Plaintiffs' motion for fees and costs or otherwise apprise the Court of the status of Plaintiffs' motion and any request for action by this Court.  The Parties request that this case continue to be held in abeyance until June 20, 2025.

8.    EPA will not raise an objection that Plaintiffs' abbreviated fee motion is not timely because it is not sufficiently complete at this time, but reserves the right to object to the timeliness of the motion on any other grounds and to the completeness of the motion once it is fully presented and all supporting papers have been filed in accordance with this stipulation, if EPA concludes that an objection is appropriate.

9.    This is the sixteenth modification of deadlines in this case due to ongoing settlement discussions. The prior modifications extended the responsive pleading from March 10, 2023, to December 15, 2023, the case management conference from April 4, 2023 to March 18, 2025, and the time to brief Plaintiffs' motion for attorneys' fees and costs until April 21, 2025. Dkt. Nos. 16–18, 32–34, 38–40, 43–45, 58–59, 63–65, 69–70, 74–76, 80-81, 83, 86, 89-90.

10.    Intervenor Crop Life America does not oppose the relief requested in this stipulated motion.

Based on the joint stipulation set forth above, the Parties respectfully request that this Court stay briefing on Plaintiffs' motion for attorneys' fees and costs for an additional sixty days, until June 20, 2025. The Parties will either jointly propose a briefing schedule to address Plaintiffs' motion for fees and costs or otherwise apprise this Court of the status of Plaintiffs' motion and any request for action by this Court by June 20, 2025.

Pursuant to Civil L.R. 6-2(a) and 7-12, a proposed order accompanies this stipulation.

Case No. 4:22-cv-09030-JST
Stipulation and [Proposed] Order

3

Dated: April 16, 2025                    Respectfully submitted,


ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ *Rachel D. Martinez*
LUCY E. BROWN (HI BAR # 10946)
RACHEL D. MARTINEZ (FL BAR # 1049812)
Attorneys
Environmental Defense Section

*Attorneys for Defendants*


SYLVIA SHIH-YAU WU (CA BAR # 273549)
Center for Food Safety
600 California Street, Suite 12-013
San Francisco, CA 94108
(415) 826-2270
swu@centerforfoodsafety.org

*Attorneys for Plaintiffs*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:                    _____

JON S. TIGAR
United States District Judge


Case No. 4:22-cv-09030-JST                    4
Stipulation and [Proposed] Order