SYLVIA SHIH-YAU WU (CA Bar No. 273549)
Center for Food Safety
600 California Street, Suite 12-013
San Francisco, CA 94108
Phone: (415) 826-2770
Emails: swu@centerforfoodsafety.org

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALIANZA NACIONAL DE CAMPESINAS, et al., | Case No. 4:22-cv-09030-JST |
| *Plaintiffs,* | **NOTICE OF TENTATIVE SETTLEMENT AND JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND STAY OF BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |
| *v.* | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| *Defendants,* | |
| CROPLIFE AMERICA, | |
| *Intervenor-Defendant.* | |

Case No. 4:22-cv-09030-JST
Stipulation and [Proposed] Order

Pursuant to Civil L.R. 6-2, Plaintiffs Alianza Nacional de Campesinas, Pesticide Action Network North America, Rural Coalition, Center for Environmental Health, Organización en California de Líderes Campesinas, and Center for Food Safety ("Plaintiffs") and Defendant United States Environmental Protection Agency ("EPA") (collectively, "the Parties") hereby notify the Court that the Parties have reached a tentative settlement on Plaintiffs' request for fees and costs. The Parties respectfully request that the Court stay briefing on Plaintiffs' motion for an award of attorneys' fees and costs by 21 days, until July 11, 2025. A brief extension of 21 days would allow the United States to complete internal management approval on the tentative agreement, and would allow the Parties to execute the settlement agreement. The Parties agree to notify the Court as soon as the settlement agreement has been executed.

In support of this joint stipulation, the Parties stipulate as follows and respectfully request that the Court enter the stipulation as an order of the Court:

1. On December 12, 2024, the Parties entered a partial out-of-court settlement and jointly moved to enter a Partial Consent Decree. Dkt. 82. The Court granted the motion on January 3, 2025, Dkt. 84, and signed and entered the Partial Consent Decree on January 21, 2025, Dkt. 86. Together, the Partial Consent Decree and Partial Settlement Agreement resolve all claims in this case except for attorneys' fees and costs.

2. Local Rule 54-5(a) provides that a motion for attorneys' fees must be served and filed within 14 days of the Court's entry of judgment unless otherwise ordered by the Court. The Partial Consent Decree extended the deadline for filing a motion for attorneys' fees until 90 days after the Court entered the Consent Decree, i.e., by April 21, 2025. Dkt. 87 at 7.

3. Plaintiffs are seeking an award of fees and costs pursuant to the Equal Access for Justice Act ("EAJA"), which permits the prevailing party to submit to the

Case No. 4:22-cv-09030-JST
Stipulation and [Proposed] Order

1

Court an application for fees within 30 days of entry of final judgment. 28 U.S.C. § 2412(d)(1)(B). Plaintiffs filed an abbreviated motion for attorneys' fees and expenses on February 3, 2025. Dkt. No. 88.

4.      The Parties have reached a tentative agreement on Plaintiffs' request for fees and costs, subject to the approval of EPA and U.S. Department of Justice management. The Parties recognize that the Court stated it would not grant any further extensions in this matter. Dkt. No. 92. However, since the Parties have reached a tentative agreement and are in the process of receiving final approval to execute the tentative agreement, the Parties respectfully request a brief 21-day extension of the stay, until July 11, 2025.

5.      The requested extension of 21 days, until July 11, 2025, would enable the United States to complete internal management approval on the tentative agreement, and would allow the Parties to execute the settlement agreement. The 21 requested days accounts for the United States' internal review schedule and the upcoming Federal Holidays.

6.      The Parties will inform the Court once the tentative settlement agreement has been executed. Once EPA's obligations under the tentative settlement agreement have been completed, Plaintiffs agree the matter can be closed.

7.      This is the seventeenth modification of deadlines in this case due to ongoing settlement discussions. The prior modifications extended the responsive pleading from March 10, 2023, to December 15, 2023, the case management conference from April 4, 2023 to March 18, 2025, and the time to brief Plaintiffs' motion for attorneys' fees and costs until June 20, 2025. Dkt. Nos. 16–18, 32–34, 38–40, 43–45, 58–59, 63–65, 69–70, 74–76, 80-81, 83, 86, 89-90, 91-92.

8.      Intervenor Crop Life America does not oppose the relief requested in this stipulated motion.

Based on the joint stipulation set forth above, the Parties respectfully request that this Court stay briefing on Plaintiffs' motion for attorneys' fees and costs for an additional 21 days, until July 11, 2025.

Pursuant to Civil L.R. 6-2(a) and 7-12, a proposed order accompanies this stipulation.

Dated: June 18, 2025                    Respectfully submitted,


/s/ *Sylvia Shih-Yau Wu*
SYLVIA SHIH-YAU WU (CA BAR # 273549)
Center for Food Safety
600 California Street, Suite 12-013
San Francisco, CA 94108
(415) 826-2270
swu@centerforfoodsafety.org

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

RACHEL D. MARTINEZ (FL BAR # 1049812)
Trial Attorney
Environmental Defense Section

*Attorney for Defendants*


KIRSTEN NATHANSON (admitted pro hac vice)
DAVID Y. CHUNG (admitted pro hac vice)
ERYN HOWINGTON (admitted pro hac vice)

Case No. 4:22-cv-09030-JST                                          3
Stipulation and [Proposed] Order

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2500
knathanson@crowell.com
dchung@crowell.com
ehowington@crowell.com

THOMAS F. KOEGEL (SBN 125852)
REBECCA M. SUAREZ (SBN 284853)
CROWELL & MORING LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
(415) 986-2800
tkoegel@crowell.com
rsuarez@crowell.com

*Attorneys for Intervenor-Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  June 20, 2025

_____
JON S. TIGAR
United States District Judge