SYLVIA SHIH-YAU WU (CA Bar No. 273549)
Center for Food Safety
600 California Street, Suite 12-013
San Francisco, CA 94108
Phone: (415) 826-2770
Emails: swu@centerforfoodsafety.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ALIANZA NACIONAL DE CAMPESINAS, et al., | Case No. 4:22-cv-09030-JST |
| *Plaintiffs,* | |
| *v.* | **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS (Dkt. 88); [PROPOSED] ORDER** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| *Defendants,* | |
| CROPLIFE AMERICA, | |
| *Intervenor-Defendant.* | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that pursuant to Civil L.R. 7-7, Plaintiffs Alianza Nacional de Campesinas, Pesticide Action Network North America, Rural Coalition, Center for Environmental Health, Organización en California de Líderes Campesinas, and Center for Food Safety ("Plaintiffs") hereby withdraw with prejudice Plaintiffs' Motion for Attorneys' Fees and Costs (Dkt. 88).

After Plaintiffs filed Plaintiffs' Motion for Attorneys' Fees and Costs, Plaintiffs and Defendant United States Environmental Protection Agency ("EPA") subsequently executed a settlement agreement resolving Plaintiffs' requests for fees and costs, and stipulated for a stay of briefing on Plaintiffs' Motion for Attorneys' Fees and Costs to allow time for EPA to complete its obligations under the settlement agreement. *See* Dkt. 96. On July 24, 2025, Plaintiffs received the agreed-upon payment in settlement of Plaintiffs' claims for attorney's fees and costs. Thus, EPA has completed its obligations within the agreed-upon timeframe in the settlement and the matter of Plaintiffs' request for attorneys' fees and costs has been resolved.

Accordingly, Plaintiffs hereby withdraw with prejudice Plaintiffs' Motion for Attorney's Fees and Costs.

Dated: August 12, 2025                    Respectfully submitted,

                                          /s/ *Sylvia Shih-Yau Wu*
                                          SYLVIA SHIH-YAU WU (CA BAR # 273549)
                                          Center for Food Safety
                                          600 California Street, Suite 12-013
                                          San Francisco, CA 94108
                                          (415) 826-2270
                                          swu@centerforfoodsafety.org

                                          *Attorneys for Plaintiffs*

Case No. 4:22-cv-09030-JST
Notice of Withdrawal of Motion

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALIANZA NACIONAL DE CAMPESINAS, et al., | Case No. 4:22-cv-09030-JST |
| *Plaintiffs,* | ~~[PROPOSED]~~ **ORDER** |
| *v.* | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| *Defendants,* | |
| CROPLIFE AMERICA, | |
| *Intervenor-Defendant.* | |

The Court hereby GRANTS Plaintiffs' request to withdraw Plaintiffs' Motion for Attorneys' Fees and Costs (Dkt. 88) in the above-captioned case.

IT IS SO ORDERED.

Date: _____August 18, 2025_____    _____
HONORABLE JON S. TIGAR
United States District Judge

Case No. 4:22-cv-09030-JST
[Proposed] ORDER